# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

YR UNION LLC

                        Plaintiff,

      v.

TUSHBABY INC.

                        Defendant.

Civil Action No. 1:24-cv-10276

Judge Sunil R. Harjani

Mag. Judge Keri L. Holleb Hotaling

## UNOPPOSED MOTION FOR FIRST EXTENSION OF
## TIME TO ANSWER OR OTHERWISE PLEAD

Tushbaby Inc. ("Defendant"), respectfully moves for a 7-day extension of time to answer or otherwise plead in response to YR Union LLC's ("Plaintiff") Complaint filed October 15, 2024. According to Dkt. No. 7, an answer or response is due November 8, 2024. However, Defendant disputes the Plaintiff's effective date of service and posits that service occurred on October 22, 2024.[1]

To moot the dispute, it is respectfully requested that the Court extend the deadline from November 8, 2024 to November 15, 2024 for Defendant to answer or otherwise plead.

Plaintiff does not oppose this motion.

---

[1] Plaintiff claims that Defendant was served the Complaint on October 18. However, service was effectuated on a receptionist, Jill Flores. Defendant posits that Ms. Flores is not employed by or otherwise affiliated with Defendant and is not authorized to accept service on its behalf. *See, e.g., See Esquivel v. Doc Able's Auto Clinic, Inc.*, 2016 U.S. Dist. LEXIS 50009, at *8 (N.D. Ill. Apr. 14, 2016) (holding that service was not effected where papers were handed to receptionist who was not authorized to accept service of process); *Manjarrez v. Ga.-Pacific LLC*, 2012 U.S. Dist. LEXIS 129752, at *10 (N.D. Ill. Sept. 12, 2012) (same). Defense counsel informed Plaintiff's counsel of this on October 22, and that service had not yet been completed, but that Defense counsel had nonetheless been authorized to accept service on Defendant's behalf. Accordingly, it is Defendant's position that service was completed on October 22, when Plaintiff's counsel served the papers on Defense counsel via email.

October 24, 2024

/s/ Allison M. Corder

Leo Lichtman
ESCA Legal LLC
Americas Tower
1177 6th Avenue, 5th Floor
New York, NY 10036
leo@esca.legal
(917) 397-1384

Allison M. Corder
REDROC IP LLC
150 S. Wacker Drive, Suite 1650
Chicago, Illinois  60606
allison@redrocip.com
(847) 508-2554

Attorneys for Defendant
Tushbaby Inc.

**CERTIFICATE OF SERVICE**

The undersigned certifies that on October 24, 2024, we caused the foregoing document to be filed electronically with the Clerk of the Court via CM/ECF, which will notify all parties in this matter who are registered with the Court's CM/ECF filing system of such filing.

/s/ Allison M. Corder