UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YR Union LLC, | |
|     Plaintiff, | Case No. 1:24-cv-10276 |
| v. | Judge Sunil R. Harjani |
| Tushbaby, Inc., | Magistrate Judge Keri L. Holleb Hotaling |
|     Defendant. | |

## **DECLARATION OF ALLISON M. CORDER**

I, Allison M. Corder, declare and state as follows:

1. I am counsel of record for Defendant Tushbaby, Inc. ("Tushbaby").

2. I have personal knowledge of the facts contained in this declaration. If called as a witness, I could and would testify to the statements made herein.

3. I certify that attached as **Exhibit A** is a true and correct copy of the materials submitted by Tushbaby to the U.S. Patent & Trademark Office on December 12, 2023 in support of acquired distinctiveness in its trade dress registration (the "Trade Dress Application").

4. These materials can be obtained from the U.S. Patent & Trademark Office's online Trademark Status & Document Retrieval database located at https://tsdr.uspto.gov/, i.e., https://tsdr.uspto.gov/documentviewer?caseId=sn98310767&docId=APP20231213153227&linkId=20#docIndex=19&page=1.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 15, 2024 in Chicago, Illinois

/s/ Allison M. Corder