IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YR UNION LLC<br><br>                              Plaintiff,<br><br>    v.<br><br>TUSHBABY INC.<br><br>                              Defendant. | Civil Action No. 1:24-cv-10276<br><br>Judge Sunil R. Harjani<br><br>Mag. Judge Keri L. Holleb Hotaling |

**AGREED MOTION**
**TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT**
**AND MOVE INITIAL STATUS HEARING**

The joint initial status report is due by 12/19/2024 and the initial status hearing is scheduled for 12/26/2024 at 9:15 a.m. [DKT. #3].

The parties to this action, through their designated counsel, agree to extend the deadline to 1/8/2025 to file a joint initial status report and move the initial status hearing to the status hearing scheduled for 1/15/25 at 9:15 a.m. [DKT. #16].

It is respectfully requested that the Court grant this agreed motion.

December 17, 2024

| | |
|---|---|
| /s/ Wei Wang | /s/ Allison M. Corder |
| Wei Wang, Esq.<br>GLACIER LAW LLP<br>41 Madison Avenue, Suite 2529<br>New York, NY 10010<br>wei.wang@glacier.law<br>(212) 729-5073<br><br>Attorney for Plaintiff<br>YR Union LLC | Allison M. Corder<br>REDROC IP LLC<br>150 S. Wacker Drive, Suite 1650<br>Chicago, Illinois 60606<br>allison@redrocip.com<br>(847) 508-2554<br><br>Attorney for Defendant<br>Tushbaby Inc. |

## CERTIFICATE OF SERVICE

The undersigned certifies that on <u>12/17/2024</u>, we caused the foregoing document to be filed electronically with the Clerk of the Court via CM/ECF, which will notify all parties in this matter who are registered with the Court's CM/ECF filing system of such filing.

<u>/s/ Allison M. Corder</u>