# Exhibit A



Performance notifications

October 12, 2024

需要采取的行动：您的商品有被停售的风险

**amazon**

尊敬的 YR Union： 您好！

以下商品因违反我们的政策而存在被停售的风险。您可以在下方找到存在停售风险的商品的详细信息。

我们会在此问题影响您销售商品之前联系您，以便我们可以解决此问题，尽量降低对您业务产生的影响。

**为何我会收到此邮件?**

我们收到权利所有者的侵权通知，指出以下 ASIN 侵犯了他们的知识产权。这违反了亚马逊政策。

**我该如何解决此问题?**

请提供以下一项或多项信息，以避免您的商品被停售：

-- 发票

-- 权利所有者的授权书

-- 由制造商或权利所有者出具的能够证明您的商品合法的许可协议

出于安全原因，我们仅接受以下文件格式的附

件：.jpeg、.jpg、.pjpeg、.gif、.png、.tiff。

**如何提交这些信息?**

转至"账户状况"中"商品合规性"部分的"收到的知识产权投诉"：

https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa

找到此商品的停售记录。点击商品停售记录旁的"申诉"，提交重新启售商品所需的信息。

**此邮件是否是误发给您的?**

如果您认为存在错误，请点击"账户状况"页面中存在被移除风险的商品旁的"申诉"，然后按照提供的说明操作来联系我们：

https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa

如果您认为相关权利所有者错误地发送了该通知，请联系该权利所有者并要求其撤销此通知。我们只接受权利所有者直接向我们提交的撤销请求。我们不接受转发或附件形式的撤销请求。链接位于申诉表的下方。

**如果我不提供要求的信息，会怎么样?**

如果我们未在"账户状况"页面所列的截止日期之前收到有效的申诉，相关商品将被停售。在商品停售后，相关违规记录在您的"账户状况"页面上保留最长 180 天，或者直到您对违规行为提出的异议得到批准为止。如果此违规行为以及其他商品信息违规行为未得到解决，则可能会导致账户被停用。如果您未在 90 天内提供相应信息，我们将根据亚马逊的移除政策，要求您移除与这些商品相关的库存： https://sellercentral.amazon.com/gp/help/202000820

如果未能达成此要求，我们可能会根据《商业解决方案协议》弃置您的库存。

**我们愿意随时为您提供帮助！**

如果您需要帮助了解您的商品信息可能侵犯他人的知识产权的原因，请在卖家平台帮助中心内搜索"知识产权政策"：

https://sellercentral.amazon.com/gp/help/external/201361070

如果您对此政策或上文要求提供的信息有任何疑问，请联系我们：

FEEDBACK ✕

https://sellercentral.amazon.com/cu/contact-us

**权利所有者详情:**

    -- Francesca Witzburg

    -- fw@esca.legal

**权利所有者的通信内容:** Tushbaby, Inc. is the exclusive owner of the trade dress in connection with the baby hip carriers and has registered the same with the USPTO in Class 18 (Reg. No. 7489071). The reported product features the sale of hip carriers bearing Tushbaby's trade dress, which is being used to promote unauthorized third-party products, thereby infringing the protected Tushbaby trade dress. Such use causes consumer confusion as to whether the product is authorized, endorsed, or sponsored when it is not.

**ASIN:** B0C5RGTHJ2

**商品名称:** Baby Hip Seat Carrier, GROWNSY Ergonomic Hip Seat Baby Carrier with Multiple Pockets, Adjustable Extended Waistband for Newborns & Toddlers up to 50 lbs, Black

**违规类型:** Other

**投诉编号:** 16380015831

---

**权利所有者详情:**

    -- Francesca Witzburg

    -- fw@esca.legal

**权利所有者的通信内容:** Tushbaby, Inc. is the exclusive owner of the trade dress in connection with the baby hip carriers and has registered the same with the USPTO in Class 18 (Reg. No. 7489071). The reported product features the sale of hip carriers bearing Tushbaby's trade dress, which is being used to promote unauthorized third-party products, thereby infringing the protected Tushbaby trade dress. Such use causes consumer confusion as to whether the product is authorized, endorsed, or sponsored when it is not.

**ASIN:** B0C5RGTHJ2

**商品名称:** Baby Hip Seat Carrier, GROWNSY Ergonomic Hip Seat Baby Carrier with Multiple Pockets, Adjustable Extended Waistband for Newborns & Toddlers up to 50 lbs, Black

**违规类型:** Other

**投诉编号:** 16380015831

---

您可以通过两种方式查看账户绩效：一是访问(https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa)，二是使用 iOS 或 Android 设备在亚马逊卖家应用的主屏幕上选择"账户状况"。"账户状况"页面会根据您在亚马逊商城销售商品所需达到的绩效指标和要遵守的政策显示您账户的表现情况。

-- 下载 iOS 应用：https://itunes.apple.com/us/app/amazon-seller/id794141485

-- 下载 Android 应用：https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl=en_US

谢谢！

Amazon Services

报告此电子邮件的问题

如果您有任何问题，请访问: Seller Central

FEEDBACK ✕

要更改您的电子邮件首选项，请访问：通知首选项

我们希望此邮件对您有用。但是，如果您希望以后不再接收发自 Amazon.com 的此类电子邮件，请选择取消。

2024 Amazon, Inc. 或其附属公司。保留所有权利。
Amazon.com, 410 Terry Avenue North, Seattle, WA 98109-5210

Help | Program Policies | English | Download the Amazon Seller mobile app

© 1999-2024, Amazon.com, Inc. or its affiliates

FEEDBACK ×

amazon seller central | YR Union | United States    Search    EN  Help

Manage All Inventory   Prime Exclusive Discounts   Shipments   Campaign Manager   Deals   Coupons   Account Health    Edit

### Performance notifications

October 12, 2024

**Required action: Your product is at risk of being delisted**

---

FEEDBACK ✕

# amazon

Dear YR Union： Hello！

The following products are at risk of being delisted due to a violation of our policies. You can find the details of the products at risk of being delisted below. We will contact you before this issue affects your ability to sell products so that we can resolve the matter and minimize its impact on your business.

**Why did I receive this email?**

We have received an infringement notice from the rights owner, stating that the following ASIN infringes on their intellectual property. This is a violation of Amazon's policies.

**How can I resolve this issue?**

Please provide one or more of the following pieces of information to avoid your products being delisted:

-- Invoices

-- Authorization letter from the rights owner

-- A licensing agreement issued by the manufacturer or rights owner that proves the legality of your product

For security reasons, we only accept attachments in the following formats:.jpeg、.jpg、.pjpeg、.gif、.png、.tiff。

**How do I submit this information?**

Go to the "Account Health" section and find "Intellectual Property Complaints" under "Product Compliance."：

https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa

Find the delisting record for this product. Click on "Appeal" next to the product delisting record to submit the necessary information to reinstate the product.

**Was this email sent to you by mistake?**

If you believe there is an error, please click "Appeal" next to the products at risk of being removed on the "Account Health" page, and then follow the provided instructions to contact us：

https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa

If you believe that the rights owner has erroneously sent this notice, please contact the rights owner and request that they withdraw this notice. We only accept withdrawal requests submitted directly to us by the rights owner. We do not accept forwarded or attached withdrawal requests. The link is located at the bottom of the appeal form.

**What will happen if I do not provide the requested information?**

If we do not receive a valid appeal before the deadline listed on the "Account Health" page, the relevant products will be delisted. After the products are delisted, the associated violation records will remain on your "Account Health" page for up to 180 days, or until your appeal regarding the violation is approved. If this violation and any other product information violations are not resolved, it may result in your account being suspended. If you do not provide the required information within 90 days, we will request that you remove inventory related to these products according to Amazon's removal polic：

https://sellercentral.amazon.com/gp/help/202000820

If this request is not fulfilled, we may dispose of your inventory in accordance with the Business Solutions Agreement.

**We are always here to help you!**

If you need help understanding why your product information may infringe on someone else's intellectual property rights, please search for "Intellectual Property Policy" in the Seller Central Help Center：

https://sellercentral.amazon.com/gp/help/external/201361070

If you have any questions about this policy or the information requested above, please contact us：

https://sellercentral.amazon.com/cu/contact-us

**Rights Owner Details:**

-- Francesca Witzburg

-- fw@esca.legal

**Communication from the Rights Owner:** Tushbaby, Inc. is the exclusive owner of the trade dress in connection with the baby hip carriers and has registered the same with the USPTO in Class 18 (Reg. No. 7489071). The reported product features the sale of hip carriers bearing Tushbaby's trade dress, which is being used to promote unauthorized third-party products, thereby infringing the protected Tushbaby trade dress. Such use causes consumer confusion as to whether the product is authorized, endorsed, or sponsored when it is not.

**ASIN:** B0C5RGTHJ2

**Product Name:** Baby Hip Seat Carrier, GROWNSY Ergonomic Hip Seat Baby Carrier with Multiple Pockets, Adjustable Extended Waistband for Newborns & Toddlers up to 50 lbs, Black

**Type of Violation:** Other

**Complaint Number:** 16380015831

**Rights Owner Details:**

-- Francesca Witzburg

-- fw@esca.legal

**Communication from the Rights Owner:** Tushbaby, Inc. is the exclusive owner of the trade dress in connection with the baby hip carriers and has registered the same with the USPTO in Class 18 (Reg. No. 7489071). The reported product features the sale of hip carriers bearing Tushbaby's trade dress, which is being used to promote unauthorized third-party products, thereby infringing the protected Tushbaby trade dress. Such use causes consumer confusion as to whether the product is authorized, endorsed, or sponsored when it is not.

**ASIN:** B0C5RGTHJ2

**Product Name：** Baby Hip Seat Carrier, GROWNSY Ergonomic Hip Seat Baby Carrier with Multiple Pockets, Adjustable Extended Waistband for Newborns &

Toddlers up to 50 lbs, Black

**Type of Violation:** Other

**Complaint Number：** 16380015831

You can view your account performance in two ways: first, by visiting (https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa), Second, you can use an iOS or Android device to select "Account Health" from the main screen of the Amazon Seller app. The "Account Health" page will display your account's performance based on the performance metrics you need to meet and the policies you must comply with when selling products on the Amazon marketplace.

-- Download iOS app：https://itunes.apple.com/us/app/amazon-seller/id794141485

-- Download Android app：https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl=en_US

Thank you！

Amazon Services



要更改您的电子邮件首选项,请访问:通知首选项

我们希望此邮件对您有用。但是,如果您希望以后不再接收发自 Amazon.com 的此类电子邮件,请选择取消。

2024 Amazon, Inc. 或其附属公司。保留所有权利。
Amazon.com, 410 Terry Avenue North, Seattle, WA 98109-5210

Help | Program Policies | English | nload the Amazon Seller mobile app | © 1999-2024, Amazon.com, Inc. or its affiliates

FEEDBACK ✕