**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

YR Union LLC
                Plaintiff,

v.                                                     Case No.: 1:24–cv–10276
                                                           Honorable Sunil R. Harjani

Tushbaby, Inc
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 10, 2025:

      MINUTE entry before the Honorable Sunil R. Harjani: In light of the anticipated motion to dismiss, status hearing set for 1/15/25 is stricken. The Court will enter a discovery schedule after ruling on a fully briefed motion to dismiss. Motion to dismiss is due by 1/24/25, response by 2/7/25 and reply by 2/21/25. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.